IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN PETERSON,

    Plaintiff,

v.                                                         CASE NO. 4:05-cv-00414-MP-AK

MONICA DAVID,
FREDERICK B DUNPHY,
PAROLE COMMISSION,
TENA M PATE,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 9, Motion for Extension of Time to File Objections to the Report and Recommendation of the Magistrate Judge. The plaintiff seeks the extension to allow the Parole Commission to file answers in certain state court proceedings, the latest of which will take place on January 16, 2006. In order to promote the most efficient adjudication of this case, and because the motion does not appear to be for purposes of delay, the Court grants the motion. The plaintiff shall file any objections to the Report and Recommendation in this case by January 23, 2006.

    **DONE AND ORDERED** this  *23rd* day of December, 2005

                                              *s/Maurice M. Paul*
                                       Maurice M. Paul, Senior District Judge