IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN PETERSON,

    Plaintiff,

v.      CASE NO. 4:05-cv-00414-MP-AK

MONICA DAVID,
FREDERICK B DUNPHY,
PAROLE COMMISSION,
TENA M PATE,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 8, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's motion for a preliminary injunction, doc. 2, be denied and this case be remanded for further proceedings. Objections to Report and Recommendation were due originally due by December 30, 2005, but the plaintiff moved, doc. 9, to extend the time to object until after his release date, January 3, 2006, because he had filed certain motions covering the same issues in state court.  The undersigned, in doc. 10, granted his request, setting a January 23, 2006, date for filing objections.  The plaintiff never filed any objections.  The motion for preliminary injunction is difficult to understand, but apparently asked the Court to prevent state authorities from rearresting plaintiff when he was released from prison.  Plaintiff has now been released, according to FDOC online records (available online at http://www.dc.state.fl.us/InmateReleases/), and has not informed the Court whether preliminary injunctive relief is still necessary.  Additionally, the Court agrees with the Magistrate Judge that plaintiff's underlying claims, based on current parole guidelines violating the Ex Post Facto

clause when applied to prior offenses, have been consistently rejected by the Courts. Thus, plaintiff does not have a substantial likelihood of success on the merits of the underlying claim. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted, and incorporated herein.

2. The motion for preliminary injunction, doc. 2, is denied, and the matter remanded to the Magistrate Judge for further proceedings.

    **DONE AND ORDERED** this  *8th*   day of March, 2006


               *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge