IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN PETERSON,

    Plaintiff,

vs.                                        CASE NO. 4:05CV414-MMP/AK

MONICA DAVID, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    An Order dated March 8, 2006, was mailed to Plaintiff at his last known address at Falkenburg Road Jail, but was returned as undeliverable. (Doc. 13). No forwarding address was provided and the Clerk has been unable to locate Plaintiff in the Department of Corrections directory website. There is at present no means of communicating with Plaintiff about the prosecution of this lawsuit.

    Consequently, this case should be dismissed. See Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962); Fed. R. Civ. P. 41(b) (trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute).

Case 4:05-cv-00414-MP-AK   Document 15   Filed 03/29/06   Page 2 of 2

Page 2 of 2

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **29th** day of March, 2006.

          s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 1:06CV03-MMP/AK