IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN PETERSON,

    Plaintiff,

v.                                              CASE NO. 4:05-cv-00414-MP-AK

MONICA DAVID,
FREDERICK B DUNPHY,
PAROLE COMMISSION,
TENA M PATE,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 15, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed for failure to prosecute. No objections were filed and the time for doing so has passed. The Court agrees that the Plaintiff has failed to keep the Court apprised of his current address. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *21st* day of June, 2006

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge